IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN D. REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-0476-CV-W-RED-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On December 28, 2006, Defendant filed a Motion to Dismiss with Supporting Suggestions (Doc. 11-1). In the Motion, Defendant requested the Court to dismiss the instant action pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute. In response, the Court entered an Order on January 5, 2007, ordering Plaintiff to show cause why the complaint should not be dismissed for failure to prosecute. Plaintiff was given twenty days from the date of that Order in which to respond. To date, the Court has received no response.

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, it is ORDERED that the above-styled case is hereby **DISMISSED without prejudice**. IT IS FURTHER ORDERED that copies of this Order shall be mailed by first-class, postage prepaid mail, and by certified mail, return receipt requested, to:

> John D. Reynolds
> 133 Spruce Avenue
> Kansas City, MO 64123

**IT IS SO ORDERED.**

DATE: February 2, 2007      */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT